# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 27, 2008

136222 & (22)(23)

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

KALVIN LAMAR WASHINGTON,
        Defendant-Appellant.

SC: 136222
COA: 279139
Oakland CC: 2003-190459-FH

_____/

      On order of the Court, the application for leave to appeal the February 20, 2008 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).  The motion to remand and the motion for miscellaneous relief are DENIED.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 27, 2008

s1020

Clerk